IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09-cv-233 |
| ) | |
| GEORGE RETOS, ) | |
| ) | |
| Defendant. ) | |

## AGREED JUDGMENT

The Court has determined that judgment should be entered consistent with the agreement of the Plaintiff, United States of America, and the Defendant, George Retos. Accordingly, it is ORDERED that:

1. George Retos is indebted to the United States in the amount of $719,498.80 as of February 18, 2009, plus penalties and statutory interest accruing after that date, for income tax liabilities for the 1987, 1993, 1995, 1996, 1997, 1998, 1999, 2000, 2003, 2004, 2005, and 2006 tax years.

2. This judgment does not include any income tax liability for the 2001 tax year, which remains in dispute.

IT IS SO ORDERED.

The Court DIRECTS the Clerk to send a copy of this Order to counsel of record.

DATE: 5/15/10

_____
United States District Judge

4542217.3

Agreed to by:

*(signature)*
Geoffrey J. Klimas
U.S. Department of Justice, Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
*Attorney for Plaintiff the United States of America*

*(signature)*
Steven L. Sablowsky
Goldblum Sablowsky, LLC
The Waterfront
285 East Waterfront Drive, Suite 160
Homestead, PA 15120
*Attorney for Defendant George Retos*