IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:09-cv-233 |
| GEORGE RETOS, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND AGREED ORDER

The Plaintiff, United States of America, and the Defendant, George Retos, hereby stipulate and agree as follows:

WHEREAS the United States brought this suit against George Retos to reduce to judgment federal income tax liabilities for the following thirteen tax years: 1987, 1993, 1995 through 2001, and 2003 through 2006;

WHEREAS the parties previously resolved all the liabilities except for the 2001 tax year with an Agreed Judgment dated May 17, 2010 (PACER No. 19); and

WHEREAS the parties have now reached a settlement that includes all the liabilities including the 2001 tax year;

IT IS HEREBY ORDERED that the Agreed Judgment dated May 17, 2010 (PACER No. 19) is vacated; and further that Final Judgment shall be entered in favor of the Plaintiff, United States of America, and against Defendant, George Retos.

DATE: 8/24/10

/signature/
Chief United States District Judge

Agreed to by:

ROBERT S. CESSAR
United States Attorney

JOHN A. DICICCO
Acting Assistant Attorney General

/s/ Geoffrey J. Klimas
GEOFFREY J. KLIMAS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone: (202) 307-6346
Fax: (202) 514-6866
Attorney for Plaintiff
United States of America

/s/ Steven L. Sablowsky (with permission)
STEVEN L. SABLOWSKY
Goldblum Sablowsky, LLC
The Waterfront
285 East Waterfront Drive, Suite 160
Homestead, PA 15120
Phone: (412) 464-2230
Facsimile: (412) 464-2231
Attorney for Defendant
George Retos

4542217.3